UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

Anthony Barone,

Plaintiff,

-vs-

**ORDER OF DISCONTINUANCE**

City of New York,

CV- 05-54(FB)(JA)

Defendant.

------------------------------------------------X


It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen
the action if the settlement is not consummated.



SO ORDERED.



UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        July 13, 2005